IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.: **9:14-cv-81245-KAM**

FITZ AUSTRUM,

    **Plaintiff,**

 v.

FEDERAL CLEANING CONTRACTORS,
INC. d/b/a FEDERAL BUILDING
SERVICES, INC.,

    **Defendant.**

_____/

## VERDICT

**Do you find from a preponderance of the evidence:**

1.  That Defendant, Federal Cleaning Contractors, Inc. d/b/a Federal Building Services, Inc. ("FBS"), failed and refused to hire Plaintiff, Fitz Austrum ("Mr. Austrum")?

    Answer Yes or No   Yes

    If your answer is "No", this ends your deliberations, and your foreperson should sign and date the last page of this verdict form.
    If your answer is "Yes", go to the next question.

2.  That Mr. Austrum's race and/or national origin was a motivating factor that prompted FBS to fail and refuse to hire him for a job with the company?

    Answer Yes or No   Yes

    If your answer is "No", this ends our deliberations, and your foreperson should sign and date the last page of this verdict form.
    If your answer is "Yes", go to the next question.

3.  That Mr. Austrum should be awarded damages to compensate him for a net loss of wages to the date of your verdict?

Answer Yes or No ___Yes___

If your answer is "Yes", in what amount? $ _48,129.95_

4. That Mr. Austrum should be awarded damages to compensate for emotional pain and mental anguish?

Answer Yes or No ___Yes___

If your answer is "Yes", in what amount? $ _24,065.00_

If you did not award damages in response to either Questions Nos. 4 or 5, this will end your deliberations, and your foreperson should go to the end of this verdict form to sign and date it.

If you awarded damages in response to Question Nos. 4 or 5 (or both), go to the next question.

5. That punitive damages should be assessed against FBS?

Answer Yes   or No ___Yes___
If your answer is "Yes", in what amount? $ _100,000.00_

**SO SAY WE ALL**

_____   _2/23/16_
Signed by Jury Foreperson        Date


_____
Print Name of Jury Foreperson